United States District Court
Southern District of Texas
**ENTERED**
April 10, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Christopher Reedy, et al,** | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. H-17-2914** |
| | § | |
| **Phillips 66 Company,** | § | |
| **Defendant.** | § | |

## O R D E R

In accordance with the Notice of Voluntary Dismissal filed on April 9, 2018 (docket entry

no. 27), this action is hereby dismissed without prejudice.

SIGNED at Houston, Texas, on this 10th day of April, 2018.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE